-FILED-

APR 19 2023

Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:23 CR 025 |
|---|---|---|
| | ) | |
| V. | ) | 18 U.S.C. § 922(a)(1)(A) |
| | ) | 18 U.S.C. § 923(a) |
| WALIK MILLSAP | ) | 18 U.S.C. §924(a)(1)(D) |
| | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5871 |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 13, 2020, in the Northern District of Indiana,

**WALIK MILLSAP,**

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about April 14, 2020, in the Northern District of Indiana,

**WALIK MILLSAP,**

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about July 10, 2020, in the Northern District of Indiana,

**WALIK MILLSAP,**

defendant herein, knowingly possessed a firearm, which was a machinegun, not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

3

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about September 7, 2021, in the Northern District of Indiana,

**WALIK MILLSAP,**

defendant herein, knowingly possessed a firearm, which was a machinegun, not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

On or about November 17, 2021, in the Northern District of Indiana,

**WALIK MILLSAP,**

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

A TRUE BILL:

*/s/ FOREPERSON*
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   */s/ Caitlin M. Padula*
Caitlin M. Padula
Assistant United States Attorney